# Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-193-804**

Effective Date of Registration:
January 21, 2020
Registration Decision Date:
March 04, 2020

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
For Photographs Published: January 28, 2012 to December 31, 2012

### Title

Title of Group: 2012 Published Photographs by Greg Latza Case #1-8469664280 Title List
Number of Photographs in Group: 577

### Completion/Publication

Year of Completion: 2012
Earliest Publication Date in Group: January 28, 2012
Latest Publication Date in Group: December 31, 2012
Nation of First Publication: United States

### Author

- Author: Greg Eugene Latza
  Pseudonym: Greg Eugene Latza
  Author Created: photographs
  Work made for hire: No
  Citizen of: United States
  Domiciled in: United States
  Year Born: 1970

### Copyright Claimant

Copyright Claimant: Greg Latza
1208 S Aberdeen Ave, Sioux Falls, SD, 57106, United States

### Rights and Permissions

Organization Name: PeopleScapes Inc.
Name: Greg Eugene Latza

Page 1 of 2